CINCINNATI BAR ASSOCIATION *v.* FIDLER.

[Cite as *Cincinnati Bar Assn. v. Fidler* (1999), 86 Ohio St.3d 1201.]

(No. 97–2641—Submitted and decided June 8, 1999.)

For earlier case, see *Cincinnati Bar Assn. v. Fidler* (1998), 83 Ohio St.3d 396, 700 N.E.2d 323.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.